### A91A0247. THOMAS v. THE STATE.
(417 SE2d 222)

ANDREWS, Judge.

In *Thomas v. State*, 261 Ga. 854 (413 SE2d 196) (1992) the Supreme Court reversed the judgment of this Court in the above captioned case in *Thomas v. State*, 199 Ga. App. 586 (405 SE2d 512) (1991). Accordingly, our judgment in this case is vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. Sognier, C. J., and McMurray, P. J., concur.*

DECIDED MARCH 6, 1992.

*William V. Hall, Jr.*, for appellant.

*Robert E. Wilson, District Attorney, Barbara B. Conroy, Gregory A. Adams, Assistant District Attorneys*, for appellee.